IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| WERMEX CORP., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )    Court No. 17-00261 |
|  | ) |
| UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

## **COMPLAINT**

Plaintiff Wermex Corp. (Wermex), by and through its attorneys, allege and state as follows:

## **FACTUAL ALLEGATIONS**

1.      Plaintiff made the following entries of antifriction bearings during the period between May 1, 2009 and April 30, 2010, from Japan, Italy, and France, that were related to certain Antidumping Duty ("ADD") Orders at the Port of Los Angeles/Long Beach:

| | | |
|---|---|---|
| BHF-0084245-5 | BHF-0084279-4 | BHF-0092319-8 |
| BHF-0084251-3 | BHF-0084304-0 | BHF-0092326-3 |
| BHF-0084252-1 | BHF-0084320-6 | BHF-0084283-6 |
| BHF-0084254-7 | BHF-0084331-3 | BHF-0092324-8 |
| BHF-0084266-1 | BHF-0084341-2 | BHF-0084237-2 |
| BHF-0084275-2 | | |

**Exhibit 1**.

2.      At the time Wermex made its entries, certain ball bearings were subject to antidumping

duty orders. *Ball Bearings and Parts Thereof from Japan and the United Kingdom: Final Results*

*of Antidumping Duty Administrative Reviews and Rescission of Review in Part*; *2009– 2010*, 79

Fed. Reg. 35,312 (June 20, 2014).

3.      Wermex's products in the entries in this case were entered under ADD Case No. A-427-

201-012.

4.      Liquidation of entries subject to an antidumping duty order are suspended until the

completion of the administrative review of the relevant period, if such a review is conducted.

5.      On June 20, 2014. the U.S. Department of Commerce published its final annual

administrative review of the antidumping duty order covering ball bearings and parts thereof

from JAPAN, pursuant to section 751 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1675 in

the Federal Register. 79 Fed. Reg. 35412.

6.      The petitioners in the administrative review of the antidumping duty order subsequently

challenged the final results at the U.S. Court of International trade. *The Timken Company v.*

*United States*, Ct. No. 14-00155. In the course of that proceeding, the CIT enjoined the

liquidation of some entries that had been subject to the review.

7.      On July 7, 2014, the U.S. Court of International Trade issued an injunction enjoining the

liquidation of ball bearings and parts that "were produced and/or exported by NSK Ltd.,

imported by or sold to (as indicated on the commercial invoice or Customs documentation) NSK

Corporation or NSK Precision America, Inc." *The Timken Company v. United States*, Ct. No.

14-00155, Docket No. 12 (July 7, 2014). **Exhibit 2.**

8.      The CIT's injunction in Ct. No. 14-00155 did not cover all bearings produced by NSK Ltd.

9.      CBP is obliged to liquidate entries subject to the review consistent with the final antidumping determination unless liquidation is enjoined, typically by an injunction of liquidation issued by the CIT. See 19 U.S.C. § 1516a(c)(l).

10.     The Wermex entries were not covered by the injunctions of liquidation that the CIT issued.

11.     For entries from Japan, the injunction that the CIT issued in *The Timken Company v. United States*, Ct. No. 14-00155, did not cover all bearings produced by NSK Ltd.; on the contrary, it covered bearings that were produced by NSK Ltd. and imported by NSK Corporation or NSK Precision America. The language of the injunction as to NSK is in sharp contrast to that for other producers in the injunction, for whom no importers are referenced.

12.     The CIT's injunction was limited to NSK Ltd.-produced bearings that were imported by either NSK Corporation or NSK Precision America, Inc.

13.     Similarly, for the entries from Italy and France subject to this protest, the injunction did not apply to Wermex. The CIT issued an injunction in the Ct. No. 11-00343 litigation that covered bearings produced by SKF Italy and SKF France and the specified SKF entities *and* imported by the specified importers, of which Wermex is not included. **Exhibit 2.**

14.     The bearings at issue in the entries in this case were imported by Wermex and not the importers listed in the CIT injunctions.

15.     On October 14, 2011, CBP issued Message No. 1287302.  **Exhibit 3.**  In this message,

CBP issued liquidation instructions to liquidate shipments of ball bearings and parts thereof

produced by SKF France, entered under ADD Case No. A-427-201-012, at the "all others" rate of

65.13%.  *See* Message No. 1287302, para. 2.   The injunction did not apply to Wermex's imports,

and as such, paragraphs 1, 3, and 4 of the Message do not apply.  *Id.*

16.     On May 10, 2016, the CIT issued its decision. *The Timken Company v. United States*, 169

F.Supp.3d 1168 (May 10, 2016). Because the decision was not appealed, on July 27, 2016, U.S.

Customs and Border Protection (CBP) published a liquidation instruction setting out two

liquidation rates: one for entries of bearings produced by NSK Ltd. and entered by NSK

Corporation, and another for entries of bearings produced by NSK Ltd. and entered by NSK

Precision America, Inc. *See CBP Message No*. 6209321 (July 27, 2016).

17.     Wermex's entries should have been liquidated by CBP in accordance with the final

results of the pertinent antidumping reviews issued in June of 2014 (for Japan) and August of

2011 (for Italy and France).

18.     Wermex filed its protest against CBP's improper reliquidation and issuance of bills

related to antidumping duties allegedly owed on certain entries of antifriction bearings from

Japan, France, and Italy that had been deemed liquidated by operation of law years before CBP

attempted to reqliquidate

19.     The subject entries should have been liquidated by CBP within six months of the issuance

Message No. 1287302, in accordance with 19 U.S.C. § 1516a(c)(l).

20.     To the extent that the entries were not liquidated within six months after the issuance of

the final results, these entries were liquidated by operation of law at the rate "as entered" pursuant to 19 U.S.C. § 1504(d).

21.     The entries had been deemed liquidated in April of 2012, in accordance with the final results of the administrative review published in the Federal Register, Message Nos. 1287302 and 1287303, and existing regulatory and statutory authority.

22.     On February 14, 2017, Wermex filed a protest challenging the improper liquidation of these entries imported by Wermex, during the period between May 1, 2009 and April 30, 2010, from:

   (a) Japan (Commerce Department Case No. A-588-804, listed in CBP instructions as A-588-201) produced by NSK Ltd. ("NSK");

   (b) Italy (Commerce Department Case No. A-475-201, listed in CBP instructions as A-475-201) produced by SKF Industrie S.p.A. or Somecast S.p.A. ("SKF Italy"); and

   (c) France (Commerce Department Case No. A-427-201, listed in CBP instructions as A-427-201) produced by SKF France S.A. or SKF Aerospace France S.A.S. ("SKF France").

23.     On May 2, 2017, the protest was denied by CBP.

24.     Wermex brings this action to contest the denial of protest number 2402-17-100055 by CBP under Section 515 of the Tariff Act of 1930, as amended (19 U.S.C. § 1515).

25.     The United States Court of International Trade has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

26.     Plaintiff has filed this action pursuant to 28 U.S.C. § 2632.

27.     Plaintiff paid all liquidated duties, charges, exactions and fees, prior to the commencement of this action.

28.     Plaintiff has standing pursuant to 28 U.S.C. § 2631.

## CAUSE OF ACTION

29.     Plaintiff realleges and incorporates paragraphs 1-28 by reference.

30.     Wermex filed its protest against CBP's improper reliquidation and issuance of bills related to antidumping duties allegedly owed on certain entries of antifriction bearings from Japan, France, and Italy.

31.     CBP improperly suspended liquidation of Plaintiff's entries during the pendency of *The Timken Company v. United States*, 169 F.Supp.3d 1168 (May 10, 2016).

32.     Wermex's imported products were not subject to the CIT's injunction in Ct. No. 14-00155.

33.     Wermex's entries should have been liquidated by CBP in accordance with the final results of the pertinent antidumping reviews issued in June of 2014 (for Japan) and August of 2011 (for Italy and France).

34.     To the extent that the entries were not liquidated within six months after the issuance of the final results, these entries were liquidated by operation of law at the rate "as entered" pursuant to 19 U.S.C. § 1504(d).

35.     The entries were deemed liquidated by operation of law years before CBP attempt to reliquidate.

36.     CBP's actions and denial of Wermex's protest was contrary to law, the court's injunction, and the CMS instructions.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter judgment against Defendant and:

a.     Determine that Customs erroneously denied Plaintiff's protest.

b.     Order CBP to reliquidate the subject entries accordingly and to refund to Plaintiff

all excess duties assessed, plus interest as provided by law;

   c.  Award Plaintiff costs and attorney's fees and expenses as permitted by law; and

   d.  Grant such further and additional relief as this Court may deem just and proper.

         Respectfully submitted,

         <u>/s/ Frances Hadfield</u>.

         Crowell & Moring LLP
         590 Madison Avenue 20th Floor
         New York, New York 10022
         Tel: (212) 223-4000

         Email: fhadfield@crowell.com

Dated: October 29, 2021
New York, New York

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2021, that I served a true copy of the foregoing through the Court's electronic filing system.


/s/  Frances Hadfield

# Exhibit 1

Form Approved OMB No. 1651-0022
Exp. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084245-5 | 2. Entry Type 03 ABI/S | 3. Summary Date 10/07/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 09/25/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 09/25/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00842455 | 13. Manufacturer ID MULTI | 14. Exporting Country MX | 15. Export Date 09/25/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
| 21. Location of Goods/G.O. No. S368  U.S. CUSTOMS SE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
| City MAYFIELD HEIGHTS   State OH   Zip 44124 | City MAYFIELD HEIGHTS   State OH   Zip 44124 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OUS | 19 TOTAL BDL OTHR US GDS RETURND:IN CHAP 84 9801.00.1045   1KG        X MXBOBDEL9750JUA | | | 12 C3 | FREE | | NONE |
| | | | | N | | | |
| 002 OFR | RADIAL BALLBEAR,>52<=100MM 8482.10.5052   2KG        2 NO 2 KG | | | 75 C3 | 9.000% | 6 | .75 |
| | FRSKFSLE137AVA | | | | | | |
| | A427-201-012 MERCHANDISE PROCESSING FEE | | | N | 10.13% 0.2100% | 7 0 | .60 .16 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| MPF (499) ADP (012) | 25.00 8.77 | $        41,729.92 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | 9.63 |
| | | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $        33.77 | | | | |

| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | D. Ascertained Other | 39. Other | 33.77 |
|---|---|---|---|---|

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are true to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| | E. Ascertained Total | 40. Total |
|---|---|---|
| | | 43.40 |

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 09/25/2009 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907  (PH:9157900043) | | 43. Broker/Importer File No. 122849 PTB90180,RMB911 | |

* RECORDS REQUIRED *

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084245-5

PAGE : 2

122849 PTB90180, RMB911

| 27. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 003 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052        1KG | | 1 NO 1 KG | 32 | 9.000% | 2 | .88 |
| | JPNSKLTD1161OHT | | | C 3 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 1 0 | .17 .07 |
| | INV: RMB9112 | | INV. VALUE: 119 | | | | |
| 004 OMXMX | STAT ROTOR,=>18.65, NOT AI 8503.00.6500        280KG MXBOBDEL9750JUA | | X | 3213 C 4 | FREE | | NONE |
| | | | | N | | | |
| 005 OMXMX | DC MOTORS, OTHER 8501.31.6000        4801KG MXBOBDEL9750JUA | | 80 NO | 38012 C 46 | FREE | | NONE |
| | INV: PTB90180 | | INV. VALUE: 41,224 | N | | | |
| 006 OUS | OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095        86KG MXBOBDEL9750JUA | | X | 386 C 3 | FREE | | NONE |
| | INV: RMB9112 | | INV VALUE: 386 | N | | | |

CBP Form 7501 (06/09)

Form Approved OMB No. 1651-0022
Exp. 10-31-2011

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084251-3 | 2. Entry Type 03 ABI/S | 3. Summary Date 10/15/2009 CST:622 |
|---|---|---|

| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 10/02/2009 |
|---|---|---|---|

| 8. Importing Carrier **TRANSPORTES DRAGON D** | 9. Mode of Transport **30** | 10. Country of Origin **MULTI** | 11. Import Date 10/02/2009 |
|---|---|---|---|

| 12. B/L or AWB No. **TDRG BHF00842513** | 13. Manufacturer ID **MULTI** | 14. Exporting Country **MX** | 15. Export Date 10/02/2009 |
|---|---|---|---|

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
|---|---|---|---|---|

| 21. Location of Goods/G.O. No. **S368 U.S. CUSTOMS SE** | 22. Consignee No. **74-251605700** | 23. Importer No. **74-251605700** | 24. Reference No. |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address **WERMEX CORPORATION 6095 PARKLAND BLVD STE 310** | 26. Importer of Record Name and Address **WERMEX CORPORATION 6095 PARKLAND BLVD STE 310** |
|---|---|
| City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** | City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OMXMX | **24 TOTAL BDL DC MOTORS, OTHER** 8501.31.6000 MXBOBDEL9750JUA | 12553KG | **114 NO** | 68551 C 44 N | FREE | | NONE |
| | INV: PTB90185 | | INV. VALUE: 68,551 | | | | |
| 002 OSE | OTHER PARTS F/EQU IN8535,36,37 8538.90.8080 SEMOLAGE1721TRE | 4KG | X | 205 C 3 | 3.500% | 7 | .18 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 0 | .43 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| MPF (499) ADP (012) | 25.00 305.79 | $ **77,111.65** | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | 759.13 |
| | | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $ **330.79** | | D. Ascertained Other | 39. Other | 330.79 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

| | E. Ascertained Total | 40. Total |
|---|---|---|
| | | 1,089.92 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| DECLARANT NAME **ESCOTO C.B.** | TITLE **ATTY IN FACT** | SIGNATURE | DATE **10/08/2009** |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) **ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907  (PH:9157900043)** | 43. Broker/Importer File No. **123088 PTB90185,RMB911** |
|---|---|

**\* RECORDS REQUIRED \***

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB No. 1651-0022
EXP. 10-31-2017

ENTRY SUMMARY CONTINUATION SHEET

1. Filer Code/Entry No.
BHF-0084251-3

PAGE : 2

123088 PTB90185, RMB911

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 003 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052     76KG | | 262 NO 76 KG | 8355 | 9.000% | 751 | .95 |
| | JPNSKLTD11610HT | | | C 5 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 305 17 | .79 .55 |
| | INV: RMB9117 | | INV VALUE: 8,560 | | | | |

CBP Form 7501 (06/09)

Form Approved OMB No. 1651-0022
Exp. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084252-1 | 2. Entry Type 03 ABI/S | 3. Summary Date 10/15/2009 CST:621 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 10/02/2009 |

| 8. Importing Carrier **TRANSPORTES DRAGON D** | 9. Mode of Transport **30** | 10. Country of Origin **MULTI** | 11. Import Date 10/02/2009 |
|---|---|---|---|
| 12. B/L or AWB No. **TDRG BHF00842521** | 13. Manufacturer ID **MULTI** | 14. Exporting Country **MX** | 15. Export Date 10/02/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading **2402** |
| 21. Location of Goods/G.O. No. **S367 YSLETA BRIDGE** | 22. Consignee No. **74-251605700** | 23. Importer No. **74-251605700** | 24. Reference No. |

| 25. Ultimate Consignee Name and Address **WERMEX CORPORATION 6095 PARKLAND BLVD STE 310** | 26. Importer of Record Name and Address **WERMEX CORPORATION 6095 PARKLAND BLVD STE 310** |
|---|---|
| City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** | City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 | **12 TOTAL BDL** **STAT ROTOR,=>18.65, NOT AI** | | | 13573 | FREE | | NONE |
| | OMXMX8503.00.6500     455KG | | X | C 20 | | | |
| | MXBOBDEL9750JUA | | | | | | |
| | | | | N | | | |
| 002 | **DC MOTORS, OTHER** | | | 18594 | FREE | | NONE |
| | OMXMX8501.31.6000     2885KG | | 50 NO | C 28 | | | |
| | MXBOBDEL9750JUA | | | | | | |
| | **INV: PTB90186**     **INV. VALUE: 32,167** | | | N | | | |
| 003 OSE | **OTHER PARTS F/EQU IN8535,36,37** 8538.90.8080     5KG | | X | 274 C 3 | 3.500% | 9 | .59 |
| | SEMOLAGE1721TRE | | | | | | |
| | **MERCHANDISE PROCESSING FEE** | | | N | 0.2100% | 0 | .58 |

| Other Fee Summary for Block 39 MPF (499) ADP (012) | 25.00 29.17 | 35. Total Entered Value $ **33,238.25** | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| | | Total Other Fees $ **54.17** | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | **81.32** |
| | | | REASON CODE | C. Ascertained Tax | 38. Tax | **0.00** |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | | D. Ascertained Other | 39. Other | **54.17** |
| | | | | E. Ascertained Total | 40. Total | **135.49** |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are true to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| DECLARANT NAME **ESCOTO C.B.** | TITLE **ATTY IN FACT** | SIGNATURE | DATE **10/03/2009** |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) **ESCOTO CUSTOMS BROKERS, INC.** **360-A AMERICAS AVE.** **EL PASO, TX  79907  (PH:9157900043)** | | 43. Broker/Importer File No. **123157 PTB9-0186, RMB9-** | |

* RECORDS REQUIRED *

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084252-1

**PAGE : 2**

123157 PTB9-0186, RMB9-

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 004 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052    7KG | | 25 NO 7 KG | 797 | 9.000% | 71 | .73 |
| | JPNSKLTD1161OHT | | | C 3 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 29 1 | .17 .67 |
| | INV: RMB9118 | | INV VALUE: 1,071 | | | | |

CBP Form 7501 (06/09)

Form Approved OMB No. 1651-0022
Exp. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084254-7 | 2. Entry Type 03 ABI/S | 3. Summary Date 10/19/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 10/06/2009 |

| 8. Importing Carrier **TRANSPORTES DRAGON D** | 9. Mode of Transport **30** | 10. Country of Origin **MULTI** | 11. Import Date 10/06/2009 |
|---|---|---|---|
| 12. B/L or AWB No. **TDRG BHF00842547** | | 13. Manufacturer ID **MXBOBDEL9750JUA** | 14. Exporting Country **MX** | 15. Export Date 10/06/2009 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading **2402** |
|---|---|---|---|---|

| 21. Location of Goods/G.O. No. **S367 YSLETA BRIDGE** | 22. Consignee No. **74-251605700** | 23. Importer No. **74-251605700** | 24. Reference No. |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address **WERMEX CORPORATION 6095 PARKLAND BLVD STE 310** | 26. Importer of Record Name and Address **WERMEX CORPORATION 6095 PARKLAND BLVD STE 310** |
|---|---|
| City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** | City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** |

| 27. Line No. | 28. Description of Merchandise | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OUS | 4 TOTAL BDL OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095   234KG | | X | 3082 C 20 N | FREE | | NONE |
| 002 OIT | RADIAL BALLBEAR,>52<=100MM 8482.10.5052   24KG | | 16 NO 24 KG | 116 | 9.000% | 10 | .44 |
| | ITSKFIND44AIR | | | C 3 | | | |
| | A475-201-012 MERCHANDISE PROCESSING FEE | | | N | 15.10% 0.2100% | 17 0 | .52 .24 |

| Other Fee Summary for Block 39 MPF (499)   25.00 ADP (012)   116.74 | 35. Total Entered Value $ **7,764.10** | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | Total Other Fees $ **141.74** | A. LIQ. CODE | B. Ascertained Duty | 37. Duty **375.01** |
| | | REASON CODE | C. Ascertained Tax | 38. Tax **0.00** |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

| | D. Ascertained Other | 39. Other **141.74** |
|---|---|---|
| | E. Ascertained Total | 40. Total **516.75** |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,   OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,   OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| DECLARANT NAME **ESCOTO C.B.** | TITLE **ATTY IN FACT** | SIGNATURE | DATE **10/08/2009** |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) **ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907 (PH:9157900043)** | 43. Broker/Importer File No. **123280 RMB9-119** |
|---|---|

\* RECORDS REQUIRED \*

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084254-7

123280 RMB9-119

PAGE : 2

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 003 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052 | 52KG | 85 NO 52 KG | 2711 | 9.000% | 243 | .99 |
| | JPNSKLTD1161OHT | | | C 17 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 99 5 | .22 .69 |
| 004 OMX | STATORS & ROTORS<18.65, F/8501 8503.00.3500 | 136KG | X | 1855 C 12 | 6.500% | 120 | .58 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 3 | .90 |
| | INV: RMB9119 | | INV VALUE: 7,764 | | | | |

CBP Form 7501 (06/09)

Form Approved  OMB No 1651-0022
Exp: 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084266-1 | | 2. Entry Type 03 ABI/S | 3. Summary Date 10/28/2009 CST:622 |
|---|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 10/16/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 10/16/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00842661 | 13. Manufacturer ID MULTI | 14. Exporting Country MX | 15. Export Date 10/16/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |

| 21. Location of Goods/G.O. No. S367  YSLETA BRIDGE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
| City MAYFIELD HEIGHTS      State OH      Zip 44124 | City MAYFIELD HEIGHTS      State OH      Zip 44124 |

| 27. Line No. | 28. Description of Merchandise 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 OUS | 2 TOTAL BDL OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095      1KG          X MXBOBDEL9750JUA | | | 1 C 3 | FREE | | NONE |
| 002 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052      172KG | 110 NO 172 KG | | N 3508 | 9.000% | 315 | .72 |
| | JPNSKLTD1161OHT | | | C 50 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 128 7 | .39 .37 |
| | INV: RMB9128 | INV. VALUE: 3,509 | | | | | |

| Other Fee Summary for Block 39 MPF (499)        25.00 ADP (012)        128.39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | $        3,508.65 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty          315.72 |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax          0.00 |
| | $        153.39 | | D. Ascertained Other | 39. Other          153.39 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | E. Ascertained Total | 40. Total          469.11 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof.  I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,   OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 10/19/2009 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907  (PH:9157900043) | | 43. Broker/Importer File No. 124037 RMB9-128 | |

**\* RECORDS REQUIRED \***

CBP Form 7501 (06/09)

Form Approved OMB No 1651-0022
EXP 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084275-2 | 2. Entry Type 03 ABI/S | 3. Summary Date 11/04/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 10/23/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 10/23/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00842752 | 13. Manufacturer ID MULTI | 14. Exporting Country MX | 15. Export Date 10/23/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
| 21. Location of Goods/G.O. No. S368 U.S. CUSTOMS SE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
| City MAYFIELD HEIGHTS   State OH   Zip 44124 | City MAYFIELD HEIGHTS   State OH   Zip 44124 |

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars   Cents |
| 001 OUS | 6 TOTAL BDL OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095   52KG   X MXBOBDEL9750JUA | | | 346 C3 | FREE | NONE |
| 002 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052   1KG   5 NO 1 KG JPNSKLTD1161OHT | | | 159 C3 | 9.000% | 14 .31 |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 5 .82 0 .33 |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|---|
| MPF (499)   25.00 ADP (012)   5.82 | $   5,901.47 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty 14.31 |
| | Total Other Fees $   30.82 | REASON CODE | C. Ascertained Tax | 38. Tax 0.00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | D. Ascertained Other | 39. Other 30.82 |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are true to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| | E. Ascertained Total | 40. Total 45.13 |

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 10/23/2009 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907  (PH:9157900043) | | 43. Broker/Importer File No. 124293 PTB9196,RMB9133 * RECORDS REQUIRED * |

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084275-2

**PAGE : 2**

124293 PTB9196,RMB9133

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax. | |
|-----|-----|-----|-----|-----|-----|-----|-----|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 003 OMXMX | STAT ROTOR,=>18.65, NOT AI 8503.00.6500 MXBOBDEL9750JUA | 462KG | X | 5396 C 46 | FREE | | NONE |
| | INV: RMB9133 | | INV VALUE: 5,901 | N | | | |

Form Approved OMB No 1651-0022
Exp 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084279-4 | 2. Entry Type 03 ABI/S | 3. Summary Date 11/09/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 10/28/2009 |

| 8. Importing Carrier **TRANSPORTES DRAGON D** | 9. Mode of Transport **30** | 10. Country of Origin **MULTI** | 11. Import Date 10/28/2009 |
|---|---|---|---|
| 12. B/L or AWB No. **TDRG BHF00842794** | 13. Manufacturer ID **MULTI** | 14. Exporting Country **MX** | 15. Export Date 10/28/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading **2402** |

| 21. Location of Goods/G.O. No. **S368 U.S. CUSTOMS SE** | 22. Consignee No. **74-251605700** | 23. Importer No. **74-251605700** | 24. Reference No. |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| **WERMEX CORPORATION** **6095 PARKLAND BLVD** **STE 310** | **WERMEX CORPORATION** **6095 PARKLAND BLVD** **STE 310** |
| City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** | City **MAYFIELD HEIGHTS**   State **OH**   Zip **44124** |

| 27. Line No. | 28. Description of Merchandise | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|---|
| 001 OMXMX | 12 TOTAL BDL DC MOTORS, OTHER | 8501.31.6000 MXBOBDEL9750JUA | 5261KG | 42 NO | 23619 C 43 N | FREE | NONE |
| | INV: PTB90199 | | INV. VALUE: 23,619 | | | | |
| 002 OJP | RADIAL BALLBEAR,>52<=100MM | 8482.10.5052 JPNSKLTD1161OHT | 36KG | 115 NO 36 KG | 3667 C 7 | 9.000% | 330 .03 |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | | N | 3.66% 0.2100% | 134 .21 7 .70 |

| Other Fee Summary for Block 39 MPF (499) 25.00 ADP (012) 134.21 | 35. Total Entered Value $ **27,330.71** | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | Total Other Fees $ **159.21** | A. LIQ. CODE | B. Ascertained Duty | 37. Duty **330.03** |
| | | REASON CODE | C. Ascertained Tax | 38. Tax **0.00** |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other **159.21** |
| | | | E. Ascertained Total | 40. Total **489.24** |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| DECLARANT NAME **ESCOTO C.B.** | TITLE **ATTY IN FACT** | SIGNATURE | DATE **10/30/2009** |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) **ESCOTO CUSTOMS BROKERS, INC.** **360-A AMERICAS AVE.** **EL PASO, TX  79907 (PH:9157900043)** | 43. Broker/Importer File No. **124319 PTB90199,RMB913** |
|---|---|

***** RECORDS REQUIRED *****

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084279-4

**PAGE : 2**

124319 PTB90199, RMB913

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 003 OUS | OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095      3KG         X MXBOBDEL9750JUA | | | 45 C 3 | FREE | | NONE |
| | INV: RMB9135 | | INV VALUE: 3,712 | N | | | |

CBP Form 7501 (06/09)

Form Approved OMB No. 1651-0022
EXP. 10-31-2011

## DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection
### ENTRY SUMMARY

| 1. Filer Code/Entry No. BHF-0084304-0 | 2. Entry Type 03 ABI/S | 3. Summary Date 11/24/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 11/12/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 11/12/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00843040 | 13. Manufacturer ID MXBOBDEL9750JUA | 14. Exporting Country MX | 15. Export Date 11/12/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |

| 21. Location of Goods/G.O. No. S367  YSLETA BRIDGE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
| City MAYFIELD HEIGHTS   State OH   Zip 44124 | City MAYFIELD HEIGHTS   State OH   Zip 44124 |

| 27. Line No. | 28. Description of Merchandise | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 001 OMXMX | 21 TOTAL BDL STAT ROTOR,=>18.65, NOT AI 8503.00.6500   392KG | | X | 8197 C 6 N | FREE | | NONE |
| 002 OMXMX | DC MOTORS, OTHER 8501.31.6000   13984KG | | 98 NO | 61299 C 42 N | FREE | | NONE |
| | INV: PTB90210        INV. VALUE: 69,496 | | | | | | |
| 003 OUS | OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095   205KG | | X | 3149 C 3 N | FREE | | NONE |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| MPF (499) ADP (612) | 25.00 8.16 | $   72,868.83 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | 20.07 |
| | | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $   33.16 | | D. Ascertained Other | 39. Other | 33.16 |
| | | | | E. Ascertained Total | 40. Total | 53.23 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,   OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,   OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are true to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the approriate CBP officer any information showing a different statement of facts.

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 11/13/2009 |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907 (PH:9157900043) | 43. Broker/Importer File No. 124973 PTB9-0210,RMB91 |
|---|---|
| | * RECORDS REQUIRED * |

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084304-0

**PAGE : 2**

124973 PTB9-0210, RMB91

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. | |
|---|---|---|---|---|---|---|---|
| | | | | | A. HTSUS Rate | Duty and I.R. Tax | |
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 004 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052   2KG | | 7 NO 2 KG | 223 | 9.000% | 20 | .07 |
| | | | | C 3 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 8 0 | .16 .47 |
| | INV: RMB9146 | | INV VALUE: 3,373 | | | | |

Form Approved OMB No. 1651-0022
Exp. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084320-6 | 2. Entry Type 03 ABI/S | 3. Summary Date 12/02/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 11/19/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 11/19/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00843206 | 13. Manufacturer ID MULTI | 14. Exporting Country MX | 15. Export Date 11/19/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
| 21. Location of Goods/G.O. No. S367 YSLETA BRIDGE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | 26. Importer of Record Name and Address WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
|---|---|
| City MAYFIELD HEIGHTS   State OH   Zip 44124 | City MAYFIELD HEIGHTS   State OH   Zip 44124 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OMXMX | 7 TOTAL BDL STAT ROTOR,=>18.65, NOT AI 8503.00.6500   657KG MXBOBDEL9750JUA INV: PTB90216 | | X   INV. VALUE: 16,637 | 16637 C 43 N | FREE | | NONE |
| 002 OUS | OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095   2KG MXBOBDEL9750JUA | | X | 15 C 3 N | FREE | | NONE |

| Other Fee Summary for Block 39 MPF (499)   25.00 ADP (012)   99.22 | 35. Total Entered Value $ 19,362.69 | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| | Total Other Fees $ 124.22 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | 243.99 |
| | | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other | 124.22 |
| | | | E. Ascertained Total | 40. Total | 368.21 |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are true to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 11/19/2009 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907  (PH:9157900043) | | 43. Broker/Importer File No. 125934 PTB9-0216,RMB-1 * RECORDS REQUIRED * | |

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084320-6

PAGE : 2

125934 PTB9-0216,RMB-1

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 003 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052      59KG | | 85 NO 59 KG | 2711 | 9.000% | 243 | .99 |
| | JPNSKLTD1161OHT | | | C 7 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 99 5 | .22 .69 |
| | INV: RMB9155 | | INV VALUE: 2,726 | | | | |

CBP Form 7501 (06/09)

Form Approved OMB No 1651-0022
EXP. 10-31-2017

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084331-3 | 2. Entry Type 03 ABI/S | 3. Summary Date 12/11/2009 CST:622 |
|---|---|---|

| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 12/01/2009 |
|---|---|---|---|

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 12/01/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00843313 | 13. Manufacturer ID MULTI | 14. Exporting Country MX | 15. Export Date 12/01/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
| 21. Location of Goods/G.O. No. S367 YSLETA BRIDGE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
| City MAYFIELD HEIGHTS   State OH   Zip 44124 | City MAYFIELD HEIGHTS   State OH   Zip 44124 |

| 27. Line No. | 28. Description of Merchandise | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|---|
| 001 OMXMX | **10 TOTAL BDL DC MOTORS, OTHER** 8501.31.6000 MXBOBDEL9750JUA | | 3509KG | 28 NO | 16688 C 42 N | FREE | | NONE |
| | **INV: PTB90223** | | INV. VALUE: 16,688 | | | | | |
| 002 OUS | OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095 MXBOBDEL9750JUA | | 15KG | X | 363 C 3 N | FREE | | NONE |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| MPF (499) ADP (012) | 25.00 105.04 | $ 19,921.13 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | 258.30 |
| | | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $ 130.04 | | D. Ascertained Other | 39. Other | 130.04 |
| | | | | E. Ascertained Total | 40. Total | 388.34 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 12/01/2009 |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907 (PH:9157900043) | 43. Broker/Importer File No. 126226 PTB9-0223,RMB9- |
|---|---|
| | **\* RECORDS REQUIRED \*** |

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0084331-3

PAGE : 2

126226 PTB9-0223, RMB9-

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |  |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 003 OJP | RADIAL BALLBEAR,>52<=100MM | | | | | | |
| | 8482.10.5052 | 55KG | 90 NO | 2870 | 9.000% | 258 | .30 |
| | | | 55 KG | | | | |
| | MXBOBDEL9750JUA | | | C 7 | | | |
| | A588-201-008 | | | N | 3.66% | 105 | .04 |
| | MERCHANDISE PROCESSING FEE | | | | 0.2100% | 6 | .03 |
| | INV: RMB9160 | | INV VALUE: 3,233 | | | | |

CBP Form 7501 (06/09)

Form Approved OMB No. 1651-0022
Exp. 10-31-2011

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. BHF-0084341-2 | 2. Entry Type 03 ABI/S | 3. Summary Date 12/17/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 12/07/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 12/07/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00843412 | 13. Manufacturer ID MXBOBDEL9750JUA | 14. Exporting Country MX | 15. Export Date 12/07/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
| 21. Location of Goods/G.O. No. S367 YSLETA BRIDGE | 22. Consignee No. 74-251605700 | 23. Importer No., 74-251605700 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | 26. Importer of Record Name and Address WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
|---|---|
| City MAYFIELD HEIGHTS   State OH   Zip 44124 | City MAYFIELD HEIGHTS   State OH   Zip 44124 |

| 27. Line No. | 28. Description of Merchandise 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 OJP | 10 TOTAL BDL RADIAL BALLBEAR,>52<=100MM 8482.10.5052   2KG | 6 NO 2 KG | | 191 | 9.000% | 17 | .19 |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | C 3 N | 3.66% 0.2100% | 6 0 | .99 .40 |
| | INV: RMB9164 | | INV. VALUE: 191 | | | | |
| 002 OMXMX | DC MOTORS, OTHER 8501.31.6000   4757KG | 50 NO | | 28961 C 49 N | FREE | NONE | |
| | INV: PTB90226 | | INV. VALUE: 28,961 | | | | |

| Other Fee Summary for Block 39 MPF (499) 25.00 ADP (012) 6.99 | 35. Total Entered Value $ 29,152.66 | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| | Total Other Fees $ 31.99 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | 17.19 |
| | | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other | 31.99 |
| | | | E. Ascertained Total | 40. Total | 49.18 |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are true to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 12/08/2009 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907  (PH:9157900043) | 43. Broker/Importer File No. 126946 RMB9-164,PTB9-0 * RECORDS REQUIRED * | | |

CBP Form 7501 (06/09)

Form Approved OMB No 1651-0022
EXP 10-31-2017

## DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection
## ENTRY SUMMARY

| 1. Filer Code/Entry No. BHF-0092319-8 | 2. Entry Type 03 ABI/N | 3. Summary Date 12/29/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 12/14/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 12/14/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00923198 | 13. Manufacturer ID MULTI | 14. Exporting Country MX | 15. Export Date 12/14/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
| 21. Location of Goods/G.O. No. S367 YSLETA BRIDGE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
| City MAYFIELD HEIGHTS  State OH  Zip 44124 | City MAYFIELD HEIGHTS  State OH  Zip 44124 |

| 27. Line No. | 28. Description of Merchandise 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars        Cents |
|---|---|---|---|---|---|---|
| 001 OMXMX | 46 TOTAL BDL STAT ROTOR,=>18.65, NOT AI 8503.00.6500 MXBOBDEL9750JUA | 345KG | X | 319 C 3 N | FREE | NONE |
| | INV: PTB90228            INV. VALUE: 319 | | | | | |
| 002 OUS | OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095   2056KG MXBOBDEL9750JUA | | X | 65480 C 15 N | FREE | NONE |

| Other Fee Summary for Block 39 MPF (499)    304.56 ADP (012)    4,023.69 | 35. Total Entered Value $ 211,668.18 | CBP USE ONLY | TOTALS |
|---|---|---|---|
| | | A. LIQ. CODE | B. Ascertained Duty | 37. Duty 7,791.24 |
| | Total Other Fees $ 4,328.25 | REASON CODE | C. Ascertained Tax | 38. Tax 0.00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | D. Ascertained Other | 39. Other 4,328.25 |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| E. Ascertained Total | 40. Total 12,119.49 |
|---|---|

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 12/29/2009 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX  79907  (PH:9157900043) | | 43. Broker/Importer File No. 127210 PTB9-0228,RMB9- |

* RECORDS REQUIRED *

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0092319-8

PAGE : 2

127210 PTB9-0228, RMB9-

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 003 OUS | OTHR US GDS RETURND:IN CHAP 84 9801.00.1045 26KG MXBOBDEL9750JUA | | X | 836 C 3 | FREE | | NONE |
| 004 OUS | PLSTS,GSKTS, WASHERS, O-RINGS 3926.90.4510 40KG MXBOBDEL9750JUA | | X | N 542 C 3 | 3.500% | 18 | .97 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 1 | .14 |
| 005 OGB | ARTICLES OF IRON/STEEL:NSPF 7326.90.8588 10687KG MXBOBDEL9750JUA | | 10687 KG | 46651 C 11 | 2.900% | 1352 | .88 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 97 | .97 |
| 006 OIT | RADIAL BALLBEAR,>52<=100MM 8482.10.5052 604KG | | 2179 NO 604 KG | 15006 | 9.000% | 1350 | .54 |
| | ITSKFIND44AIR | | | C 3 | | | |
| | A475-201-012 MERCHANDISE PROCESSING FEE | | | N | 15.10% 0.2100% | 2265 31 | .91 .51 |
| 007 OUS | MACHINE SCREWS>=9.5LONG&3.2DIA 7318.15.4000 51KG MXBOBDEL9750JUA | | 51 KG | 369 C 3 | FREE | | NONE |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 0 | .77 |
| 008 OUS | ARTICLES OF IRON/STEEL:NSPF 7326.90.8588 428KG MXBOBDEL9750JUA | | 428 KG | 15107 C 4 | 2.900% | 438 | .10 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 31 | .72 |
| 009 OUS | ELECTRICAL INSULATOR NSPF 8546.90.0000 25KG MXBOBDEL9750JUA | | 2569 NO | 116 C 3 | FREE | | NONE |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 0 | .24 |
| 010 OSE | METAL CONTACT PARTS 8538.90.8040 23KG SEMOLAGE1721TRE | | X | 3814 C 3 | 3.500% | 133 | .49 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 8 | .01 |
| 011 OFR | RADIAL BALLBEAR,>52<=100MM 8482.10.5052 39KG | | 50 NO 39 KG | 2869 | 9.000% | 258 | .21 |
| | FRSKFSLE137AVA | | | C 3 | | | |
| | A427-201-012 MERCHANDISE PROCESSING FEE | | | N | 10.13% 0.2100% | 290 6 | .63 .02 |
| 012 OUS | CAM/CRANK SHAFTS, OTHER, NSPF 8483.10.3050 752KG | | 150 NO 752 KG | 12607 | 2.500% | 315 | .18 |
| | MXBOBDEL9750JUA | | | C 3 | | | |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 26 | .47 |

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0092319-8

PAGE : 3

127210 PTB9-0228,RMB9-

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 013 OGB | STATORS & ROTORS<18.65, F/8501 8503.00.3500     1341KG GBKIESPIWES | | X | 1213 C 3 | 6.500% | 78 | .85 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 2 | .55 |
| 014 OSE | METAL CONTACT PARTS 8538.90.8040     10KG SEMOLAGE1721TRE | | X | 116 C 3 | 3.500% | 4 | .06 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 0 | .24 |
| 015 OCN | STOPPERS, CAPS AND LIDS OTHER 8309.90.0000     314KG MXBOBDEL9750JUA | | 314 KG | 3954 C 3 | 2.600% | 102 | .80 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 8 | .30 |
| 016 OUS | MACHINE SCREWS>=9.5LONG&3.2DIA 7318.15.4000     35KG MXBOBDEL9750JUA | | 35 KG | 260 C 3 | FREE | | NONE |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 0 | .55 |
| 017 OUS | METAL CONTACT PARTS 8538.90.8040     29KG MXBOBDEL9750JUA | | X | 678 C 3 | 3.500% | 23 | .73 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 1 | .42 |
| 018 OIN | STATORS & ROTORS<18.65, F/8501 8503.00.3500     219KG INGODBOY11MUM | | X | 685 C 3 | 6.500% | 44 | .53 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 1 | .44 |
| 019 ODE | STATORS & ROTORS<18.65, F/8501 8503.00.3500     265KG DEKIESPI23SAC | | X | 931 C 3 | 6.500% | 60 | .52 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 1 | .96 |
| 020 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052     174KG JPNSKLTD1161OHT | | 1257 NO 174 KG | 40086 C 9 | 9.000% | 3607 | .74 |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 1467 84 | .15 .18 |
| 021 OUS | OTHER PLASTIC MAT;OTH,OTHER 3926.90.9980     20KG MXBOBDEL9750JUA | | X | 31 C 3 | 5.300% | 1 | .64 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 0 | .07 |
| | INV: RMB9171                    INV VALUE: 211,349 | | | | | | |

CBP Form 7501 (06/09)

Form Approved OMB No 1651-0022
EXP 10-31-2017

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | | 2. Entry Type | 3. Summary Date |
|---|---|---|---|
| BHF-0092326-3 | | 03 ABI/S | 12/31/2009 CST:622 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 856 | 8 | 2402 | 12/18/2009 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| TRANSPORTES DRAGON D | 30 | MULTI | 12/18/2009 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| TDRG BHF00923263 | MXBOBDEL9750JUA | MX | 12/18/2009 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | | 2402 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| S367 YSLETA BRIDGE | 74-251605700 | 74-251605700 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION<br>6095 PARKLAND BLVD<br>STE 310 | WERMEX CORPORATION<br>6095 PARKLAND BLVD<br>STE 310 |
| City MAYFIELD HEIGHTS   State OH   Zip 44124 | City MAYFIELD HEIGHTS   State OH   Zip 44124 |

| 27.<br>Line No. | 28. Description of Merchandise<br>29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32.<br>A. Entered Value B. CHGS C. Relationship | 33.<br>A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax<br>Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001<br>OMXMX | 30 TOTAL BDL<br>DC MOTORS, OTHER<br>8501.31.6000 | 7071KG | 66 NO | 34283<br>C 47<br>N | FREE | | NONE |
| | INV: PTB90232 | | INV. VALUE: 34,283 | | | | |
| 002<br>OUS | OTHR US GDS RETURND:OTHR,N/ADV<br>9801.00.1095 | 14KG | X | 289<br>C 3<br>N | FREE | | NONE |
| 003<br>OUS | PLSTS,GSKTS, WASHERS, O-RINGS<br>3926.90.4510 | 1KG | X | 1<br>C 3<br>N | 3.500% | 0 | .04 |
| | MERCHANDISE PROCESSING FEE | | | N | 0.2100% | 0 | .00 |

| Other Fee Summary for Block 39<br>MPF (499) 25.00<br>ADP (012) 64.00 | 35.  Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| $ | 36,270.09 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | 144.38 |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| $ | 89.00 | | | | |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

| | D. Ascertained Other | 39. Other | 89.00 |
|---|---|---|---|
| | E. Ascertained Total | 40. Total | 233.38 |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner or purchaser or agent thereof.  I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| ESCOTO C.B. | ATTY IN FACT | | 05/20/2010 |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| ESCOTO CUSTOMS BROKERS, INC.<br>360-A AMERICAS AVE.<br>EL PASO, TX  79907  (PH:9157900043) | 127623 PTB9-0232,RMB9- |

**\* RECORDS REQUIRED \***

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 10-31-2017

1. Filer Code/Entry No.
BHF-0092326-3

PAGE : 2

127623 PTB9-0232, RMB9-

| 27. | 28. Description of Merchandise | | | 32. | 33. | 34. | |
|---|---|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Duty and I.R. Tax Dollars | Cents |
| 004 OCN | STOPPERS, CAPS AND LIDS OTHER 8309.90.0000        6KG | | 6 KG | 56 | 2.600% | 1 | .46 |
| | MERCHANDISE PROCESSING FEE | | | C 3 N | 0.2100% | 0 | .12 |
| 005 OIT | RADIAL BALLBEAR,>52<=100MM 8482.10.5052        7KG | | 30 NO 7 KG | 76 | 9.000% | 6 | .84 |
| | A475-201-012 MERCHANDISE PROCESSING FEE | | | C 3 N | 15.10% 0.2100% | 11 0 | .48 .16 |
| 006 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052        20KG | | 45 NO 20 KG | 1435 | 9.000% | 129 | .15 |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | C 3 N | 3.66% 0.2100% | 52 3 | .52 .01 |
| 007 OUS | OTHER PLASTIC MAT;OTH,OTHER 3926.90.9980        9KG | | X | 130 | 5.300% | 6 | .89 |
| | MERCHANDISE PROCESSING FEE | | | C 3 N | 0.2100% | 0 | .27 |
| | INV: RMB9175 | | INV VALUE: 1,988 | | | | |

CBP Form 7501 (06/09)

Form Approved OMB No 1651-0022
EXP 10-31-2017

## DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection
### ENTRY SUMMARY

| 1. Filer Code/Entry No. BHF-0084283-6 | 2. Entry Type 03 ABI/S | 3. Summary Date 11/12/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 10/30/2009 |

| 8. Importing Carrier **TRANSPORTES DRAGON D** | 9. Mode of Transport **30** | 10. Country of Origin **MULTI** | 11. Import Date 10/30/2009 |
|---|---|---|---|
| 12. B/L or AWB No. **TDRG BHF00842836** | 13. Manufacturer ID **MULTI** | 14. Exporting Country **MX** | 15. Export Date 10/30/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading **2402** |
| 21. Location of Goods/G.O. No. **S367 YSLETA BRIDGE** | 22. Consignee No. **74-251605700** | 23. Importer No. **74-251605700** | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| WERMEX CORPORATION<br>6095 PARKLAND BLVD<br>STE 310 | WERMEX CORPORATION<br>6095 PARKLAND BLVD<br>STE 310 |
| City **MAYFIELD HEIGHTS**  State **OH**  Zip **44124** | City **MAYFIELD HEIGHTS**  State **OH**  Zip **44124** |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 001 OMXMX | **17 TOTAL BDL** **DC MOTORS, OTHER** 8501.31.6000 MXBOBDEL9750JUA | 7964KG | 51 NO | 35675 C 41 N | FREE | | NONE |
| 002 OJP | **RADIAL BALLBEAR,>52<=100MM** 8482.10.5052 JPNSKLTD1161OHT | 106KG | 240 NO 106 KG | 7654 C 9 N | 9.000% | 688 | .86 |
| | A588-201-008 **MERCHANDISE PROCESSING FEE** | | | N | 3.66% 0.2100% | 280 16 | .14 .07 |
| | **INV: PTB90202** | | **INV. VALUE: 43,328** | | | | |

| Other Fee Summary for Block 39 MPF (499) 25.00 ADP (012) 280.14 | 35. Total Entered Value $ **43,328.49** | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| | Total Other Fees $ **305.14** | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | **688.86** |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | REASON CODE | C. Ascertained Tax | 38. Tax | **0.00** |
| | | | D. Ascertained Other | 39. Other | **305.14** |
| | | | E. Ascertained Total | 40. Total | **994.00** |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,   OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,   OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are true to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| DECLARANT NAME **ESCOTO C.B.** | TITLE **ATTY IN FACT** | SIGNATURE | DATE **10/30/2009** |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) **ESCOTO CUSTOMS BROKERS, INC.** **360-A AMERICAS AVE.** **EL PASO, TX  79907  (PH:9157900043)** | | 43. Broker/Importer File No. **124815 PTB9-0202,RMB9-** | |

* RECORDS REQUIRED *

CBP Form 7501 (06/09)

Form Approved OMB No. 1651-0022
Exp. 10-31-2017

| DEPARTMENT OF HOMELAND SECURITY | 1. Filer Code/Entry No. BHF-0092324-8 | 2. Entry Type 03 ABI/S | 3. Summary Date 12/30/2009 CST:622 |
|---|---|---|---|
| U.S. Customs and Border Protection **ENTRY SUMMARY** | 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 12/17/2009 |

| 8. Importing Carrier TRANSPORTES DRAGON D | 9. Mode of Transport 30 | 10. Country of Origin MULTI | 11. Import Date 12/17/2009 |
|---|---|---|---|
| 12. B/L or AWB No. TDRG BHF00923248 | 13. Manufacturer ID MXBOBDEL9750JUA | 14. Exporting Country MX | 15. Export Date 12/17/2009 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 2402 |
| 21. Location of Goods/G.O. No. S367 YSLETA BRIDGE | 22. Consignee No. 74-251605700 | 23. Importer No. 74-251605700 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 | 26. Importer of Record Name and Address WERMEX CORPORATION 6095 PARKLAND BLVD STE 310 |
|---|---|
| City MAYFIELD HEIGHTS    State OH    Zip 44124 | City MAYFIELD HEIGHTS    State OH    Zip 44124 |

| 27. Line No. | 28. Description of Merchandise 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars    Cents |
|---|---|---|---|---|---|---|
| 001 OMXMX | 31 TOTAL BDL DC MOTORS, OTHER 8501.31.6000 | 16151KG | 137 NO | 81980 C 49 N | FREE | NONE |
| | INV: PTB90231 | | INV. VALUE: 81,980 | | | |
| 002 OUS | OTHR US GDS RETURND:OTHR,N/ADV 9801.00.1095 | 2KG | X | 120 C 3 N | FREE | NONE |
| 003 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052 | 13KG | 45 NO 13 KG | 1435 C 3 | 9.000% | 129 .15 |
| | JPNSKLTD1161OHT | | | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 52 .52 3 .01 |
| | INV: RMB9174 | | INV. VALUE: 1,555 | | | |

| Other Fee Summary for Block 39 MPF (499)    25.00 ADP (012)    52.52 | 35. Total Entered Value $ 83,535.33 | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| | Total Other Fees $ 77.52 | A. LIQ. CODE | B. Ascertained Duty | 37. Duty 129.15 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | REASON CODE | C. Ascertained Tax | 38. Tax 0.00 |
| I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner | | | D. Ascertained Other | 39. Other 77.52 |
| or purchaser or agent thereof.  I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the | | | E. Ascertained Total | 40. Total 206.67 |

prices set forth in the invoices are true,   OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices are
to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best
of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all
goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropiate CBP officer any information showing a different statement of facts.

| DECLARANT NAME ESCOTO C.B. | TITLE ATTY IN FACT | SIGNATURE | DATE 12/18/2009 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) ESCOTO CUSTOMS BROKERS, INC. 360-A AMERICAS AVE. EL PASO, TX 79907 (PH:9157900043) | | 43. Broker/Importer File No. 127135 PTB9-0231,RMB91 ★ RECORDS REQUIRED ★ | |

CBP Form 7501 (06/09)

Form Approved OMB No 1651-0022
Exp 10-31-2017

## DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection
### ENTRY SUMMARY

| 1. Filer Code/Entry No. BHF-0084237-2 | 2. Entry Type 03 ABI/S | 3. Summary Date 09/29/2009 CST:622 |
|---|---|---|
| 4. Surety No. 856 | 5. Bond Type 8 | 6. Port Code 2402 | 7. Entry Date 09/17/2009 |

| 8. Importing Carrier **TRANSPORTES DRAGON D** | 9. Mode of Transport **30** | 10. Country of Origin **MULTI** | 11. Import Date 09/17/2009 |
|---|---|---|---|
| 12. B/L or AWB No. **TDRG BHF00842372** | 13. Manufacturer ID **MULTI** | 14. Exporting Country **MX** | 15. Export Date 09/17/2009 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading **2402** |
|---|---|---|---|---|

| 21. Location of Goods/G.O. No. **S368 U.S. CUSTOMS SE** | 22. Consignee No. **74-251605700** | 23. Importer No. **74-251605700** | 24. Reference No. |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| **WERMEX CORPORATION** **6095 PARKLAND BLVD** **STE 310** City **MAYFIELD HEIGHTS** State **OH** Zip **44124** | **WERMEX CORPORATION** **6095 PARKLAND BLVD** **STE 310** City **MAYFIELD HEIGHTS** State **OH** Zip **44124** |

| 27. Line No. | 28. Description of Merchandise | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|---|
| 001 OMXMX | **25 TOTAL BDL** **STAT ROTOR,=>18.65, NOT AI** MXBOBDEL9750JUA | 8503.00.6500 | 6KG | X | 39 C 3 | FREE | | NONE |
| 002 OMXMX | **DC MOTORS, OTHER** MXBOBDEL9750JUA INV: PTB90172 | 8501.31.6000 | 17294KG | 126 NO | 76391 C 48 | FREE | | NONE |
| | INV. VALUE: 76,430 | | | N | N | | | |
| 003 OUS | **OTHR US GDS RETURND:OTHR,N/ADV** 9801.00.1095 MXBOBDEL9750JUA | 9801.00.1095 | 52KG | X | 346 C 3 | FREE | | NONE |
| | | | | | N | | | |

| Other Fee Summary for Block 39 MPF (499) 25.00 ADP (012) 110.67 | 35. Total Entered Value $ **78,784.53** | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|
| | Total Other Fees $ **135.67** | A. LIQ. CODE | B. Ascertained Duty | 37. Duty | **180.81** |
| | | REASON CODE | C. Ascertained Tax | 38. Tax | **0.00** |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other | **135.67** |
| | | | E. Ascertained Total | 40. Total | **316.48** |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| DECLARANT NAME **ESCOTO C.B.** | TITLE **ATTY IN FACT** | SIGNATURE | DATE **09/17/2009** |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) **ESCOTO CUSTOMS BROKERS, INC.** **360-A AMERICAS AVE.** **EL PASO, TX 79907 (PH:9157900043)** | 43. Broker/Importer File No. **122346 PTB90172,RMB910** |
|---|---|
| | * RECORDS REQUIRED * |

CBP Form 7501 (06/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

OMB No. 1651-0022
EXP. 10-31-2017

**PAGE : 2**

1. Filer Code/Entry No.
**BHF-0084237-2**

122346 PTB90172, RMB910

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 004 OFR | RADIAL BALLBEAR,>52<=100MM 8482.10.5052       6KG | | 10 NO 6 KG | 574 | 9.000% | 51 | .66 |
| | FRSKFSLE137AVA | | | C 3 | | | |
| | A427-201-012 MERCHANDISE PROCESSING FEE | | | N | 10.13% 0.2100% | 58 1 | .15 .21 |
| 005 OJP | RADIAL BALLBEAR,>52<=100MM 8482.10.5052       15KG | | 45 NO 15 KG | 1435 | 9.000% | 129 | .15 |
| | JPNSKLTD1161OHT | | | C 3 | | | |
| | A588-201-008 MERCHANDISE PROCESSING FEE | | | N | 3.66% 0.2100% | 52 3 | .52 .01 |
| | INV: RMB9108 | INV VALUE: 2,355 | | | | | |

CBP Form 7501 (06/09)

# Exhibit 2

**PUBLIC VERSION**
NTN PROPRIETARY INFORMATION SUBJECT TO PROTECTIVE ORDER
REDACTED FROM BRACKETS IN THE ATTACHMENT

UNITED STATES COURT OF INTERNATIONAL TRADE

THE TIMKEN COMPANY,

    Plaintiff,

        v.

UNITED STATES,

    Defendant.

Ct. No. 14-00155

## STATUTORY INJUNCTION

Upon consideration of the Consent Motion for Preliminary Injunction by Plaintiff, The Timken Company, enjoining liquidation of certain customs entries, and other papers and proceedings herein, it is hereby *and pursuant to 19 U.S.C. §1516a (c)(2),*

**ORDERED** that the motion is hereby **GRANTED**, and it is further

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, *and* servants, including employees of the United States Department of Commerce and Bureau of Customs and Border Protection of the United States Department of Homeland Security, shall be, and hereby are, ENJOINED, during the pendency of this litigation, including all relevant appeals or remands, from causing or permitting liquidation of any and all unliquidated entries of subject ball bearings and parts thereof from **Japan** that:

(1)    were produced and/or exported by NTN Corporation, and imported by or sold to (as indicated on the commercial invoice or customs documentation) NTN USA Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc., NTN-Bower Corporation, NTN-BCA Corporation; produced by NTN Corporation, exported by NTN Corporation or the company listed on the confidential list attached hereto, and imported by or sold to (as indicated on the commercial invoice or customs documentation) the importer or customer listed on the confidential list attached hereto;

1

(2)     were produced and/or exported by NSK Ltd., imported by or sold to (as indicated on the commercial invoice or Customs documentation) NSK Corporation or NSK Precision America, Inc.;

(3)     were produced and/or exported by JTEKT Corporation (formerly known as Koyo Seiko Co., Ltd.;

(4)     were produced and/or exported by Nachi-Fujikoshi Corporation;

(5)     were produced and/or exported by Asahi Seiko Co., Ltd., imported by or sold to (as indicated on the commercial invoice or Customs documentation) AMI Bearings, Inc.;

(6)     were exported by Mori Seiki Co., Ltd., and imported by or sold to (as indicated on the commercial invoice or Customs documentation):  Mori Seiki USA, Inc.; Mori Seiki USA Inc.; Mori Seiki USA; DMG/Mori Seiki USA, Inc.; or DMG/Mori Seiki USA;

(7)     were produced and/or exported by Audi AG;

(8)     were produced and/or exported by Bosch Corporation;

(9)     were produced and/or exported by Bosch Packaging Technology K.K.;

(10)    were produced and/or exported by Bosch Rexroth Corporation;

(11)    were produced and/or exported by Caterpillar Japan Ltd.;

(12)    were produced and/or exported by Caterpillar Overseas S.A.R.L.;

(13)    were produced and/or exported by Caterpillar Group Services S.A.;

(14)    were produced and/or exported by Caterpillar Brazil Ltd.;

(15)    were produced and/or exported by Caterpillar Africa Pty. Ltd.;

(16)    were produced and/or exported by Caterpillar of Australia Pty. Ltd.;

(17)    were produced and/or exported by Caterpillar S.A.R.L.;

(18)    were produced and/or exported by Caterpillar Americas Mexico, S. de R.L. de C.V.;

(19)    were produced and/or exported by Caterpillar Logistics Services China Ltd.;

(20)    were produced and/or exported by Caterpillar Mexico, S.A. de C.V.;

(21)    were produced and/or exported by Hagglunds Ltd.;

(22)    were produced and/or exported by Hino Motors Ltd.;

(23)    were produced and/or exported by Kongskilde Limited;

(24)     were produced and/or exported by Mazda Motor Corporation;

(25)     were produced and/or exported by Nissan Motor Company, Ltd.;

(26)     were produced and/or exported by Perkins Engines Company Limited;

(27)     were produced and/or exported by Volkswagen AG;

(28)     were produced and/or exported by Volkswagen Zubehor GmbH;

(29)     were produced and/or exported by Yamazaki Mazak Trading Corporation;

(30)     are subject to the antidumping administrative reviews, the final results of which were published as *Ball Bearings and Parts Thereof from Japan and the United Kingdom: Final Results of Antidumping Duty Administrative Reviews and Rescission of Review in Part; 2009-2010*, 79 Fed. Reg. 35312 (Dep't Commerce June 20, 2014) (final results of the 2009-2010 antidumping administrative review);

(31)     were entered, ~~or withdrawn~~ into the United States, from warehouse, for consumption during the period May 1, 2009, through April 30, 2010.

And it is further

ORDERED, that the injunction shall ~~expire upon entry of a final and conclusive~~ be liquidated in accordance with the final court

decision in this litigation, including all appeals and remand proceedings, as provided in section

516A(e) of the Tariff Act of 1930, as amended, and 19 U.S.C. § 1516a(e).

SO ORDERED for immediate effect.

Dated:     7 July 2014
               New York, New York

/S/          Delissa A. Ridgway
                    Judge

3

## UNITED STATES COURT OF INTERNATIONAL TRADE

SKF USA INC., SKF FRANCE S.A., SKF    )
AEROSPACE FRANCE S.A.S., SKF    )
INDUSTRIE S.p.A., SOMECAT S.p.A., and    )
SKF GmbH    )
    )
    Plaintiffs,    )    Court No.  11-00343
    )
    v.    )
    )
UNITED STATES,    )
    )
    Defendant.    )
    )

## **ORDER**

Upon consideration of the ~~consent~~ motion for ~~preliminary~~ injunction filed by SKF USA

Inc., SKF France S.A., SKF Aerospace France S.A.S., SKF Industrie S.p.A. (including its

affiliates RFT S.p.A. and OMVP S.p.A.), Somecat S.p.A., and SKF GmbH (collectively,

"SKF"), and other papers and proceedings herein, it is hereby

ORDERED that Plaintiffs' ~~Consent~~ Motion for a ~~Preliminary~~ Injunction is GRANTED;

and it is further

ORDERED that Defendant, United States, together with the delegates, officers, agents

and employees of the United States Department of Commerce and United States Customs and

Border Protection, shall be, and hereby are, ENJOINED, during the pendency of this litigation,

including any remands and all appeals, from making or permitting liquidation of any

unliquidated entries of ball bearings and parts thereof from France, Germany, or Italy, which:

(1) were the subject of the administrative reviews, the final results of which were

published as Ball Bearings and Parts Thereof From France, Germany, and Italy: Final Results of

Antidumping Administrative and Changed Circumstances Reviews, 76 Fed. Reg. 52,937 (Dep't

1

of Commerce Aug. 24, 2011); and

(2)     (i) for ball bearings and parts thereof from France produced by SKF France S.A.

or SKF Aerospace France S.A.S. (formerly Sarma), and exported by SKF France S.A., SKF

Aerospace France S.A.S., SKF GmbH, SKF Industrie S.p.A., or SKF (U.K.) Ltd., imported by or

sold to (as indicated on the commercial invoice or customs documentation) SKF USA Inc.,

SKFUSA Inc, SKF USA, Inc., SKF USA Inc, SKF USAInc, SKFC/O CR Industries, SKF C/O

CR Industries, SKF Sealing Solutions, SKF Sealing Solutions Americas, Chicago Rawhide, C R

Industries, MRC Bearings, or SKF Specialty Products, and entered, or withdrawn from

warehouse, for consumption during the period May 1, 2009 through April 30, 2010;

(ii) for ball bearings and parts thereof from France produced and/or exported by

SKF France S.A. or by SKF Aerospace France S.A.S. (formerly Sarma), imported by or sold to

(as indicated on the commercial invoice or customs documentation) the importers listed on the

confidential list attached hereto, and entered, or withdrawn from warehouse, for consumption

during the period May 1, 2009 through April 30, 2010;

(iii) for ball bearings and parts thereof from Italy produced by SKF Industrie

S.p.A. or Somecat S.p.A., exported by SKF France S.A., SKF GmbH, SKF Industrie S.p.A.

(including its affiliates RFT S.p.A. and OMVP S.p.A.), or SKF (U.K.) Limited, imported by or

sold to (as indicated on the commercial invoice or customs documentation) SKF USA Inc.,

SKFUSA Inc., SKF USA Inc, SKF USA, Inc., SKF USAInc, SKFC/O CR Industries, SKF C/O

CR Industries, SKF Sealing Solutions, SKF Sealing Solutions Americas, Chicago Rawhide, CR

Industries, MRC Bearings, or SKF Specialty Products, and entered, or withdrawn from

warehouse, for consumption during the period May 1, 2009 through April 30, 2010;

(iv) for ball bearings and parts thereof from Italy produced and exported by

2

Somecat S.p.A. or produced by Somecat S.p.A. and exported by SKF (U.K.) Limited, imported

by or sold to (as indicated on the commercial invoice or customs documentation) SKF (UK)

Limited, SKF (U.K.) Limited, SKF (UK) Ltd., or SKF (U.K.) Ltd., and entered, or withdrawn

from warehouse, for consumption during the period May 1, 2009 through April 30, 2010;

(v) for ball bearings and parts thereof from Germany produced and/or exported by

SKF GmbH, and entered, or withdrawn from warehouse, for consumption during the period May

1, 2009 through April 30, 2010; and

(3)    remain unliquidated as of 5 o'clock 12:00 p.m. Eastern Daylight Time on the fifth this

business day, after the day on which copies of this ORDER are personally to be served by plaintiffs via

hand delivery on the following individuals and received by them or their delegates, as soon as possible:

Evangeline Keenan
United States Department of Commerce
Room 1870
14th Street and Pennsylvania Avenue, N.W.
Washington, DC 20230

Alfonso Robles, Esq.
Chief Counsel
United States Customs and Border Protection
Room 4.4.B
1300 Pennsylvania Avenue, N.W.
Washington, DC 20004

and it is further

ORDERED that the entries shall be liquidated in accordance with the final decision, as

provided at 19 U.S.C. § 1516a(e).

SO ORDERED

Dated ___9/12___, 2011
New York, New York

/S/      Jane A. Restani
              Judge

3

# Exhibit 3

MESSAGE NO:            1287302        MESSAGE DATE:    10/14/2011

MESSAGE STATUS:    Active            CATEGORY:        Antidumping
TYPE:                      LIQ-Liquidation  PUBLIC    ☑    NON-PUBLIC    ☐
SUB-TYPE:              ADRV-Administrative Review

FR CITE:                  76 FR 52937   FR CITE DATE:    08/24/2011

REFERENCE
MESSAGE #
(s):

CASE #(s):              A-427-201

EFFECTIVE DATE:    08/24/2011       COURT CASE #:

PERIOD OF REVIEW: 05/01/2009        TO               04/30/2010

PERIOD COVERED:                     TO

Notice of Lifting of Suspension Date: 08/24/2011

TO:      { Directors Of Field Operations, Port Directors }

FROM:  { Director AD/CVD & Revenue Policy & Programs }

RE:      Liquidation instructions for ball bearings and parts thereof from France produced by SKF
France S.A. or SKF Aerospace France S.A.S. for the period 05/01/2009 through 04/30/2010 (A-
427-201-008, -012)

1.  UNTIL INSTRUCTED FURTHER, CONTINUE TO SUSPEND LIQUIDATION FOR ENTRIES
COVERED BY PARAGRAPHS 3 AND 4 OF INJUNCTION MESSAGE NUMBER 1257304 DATED
09/14/2011.

2.  AS A RESULT OF COMMERCE'S CLARIFICATION OF ITS ASSESSMENT REGULATION
ON 05/06/2003 (68 FR 23954), FOR ALL SHIPMENTS OF BALL BEARINGS AND PARTS
THEREOF FROM FRANCE PRODUCED BY SKF FRANCE S.A. OR SKF AEROSPACE
FRANCE S.A.S., ENTERED, OR WITHDRAWN FROM WAREHOUSE, FOR CONSUMPTION
DURING THE PERIOD 05/01/2009 THROUGH 04/30/2010, ENTERED UNDER CASE NUMBER
A-427-201-008 OR A-427-201-012, AND NOT COVERED BY PARAGRAPH 1, ASSESS
ANTIDUMPING DUTIES AT THE ALL-OTHERS RATE IN EFFECT ON THE DATE OF ENTRY.
THE ALL-OTHERS RATE FOR BALL BEARINGS AND PARTS THEREOF FROM FRANCE IS
65.13 PERCENT.

3.  NOTICE OF THE LIFTING OF SUSPENSION OF LIQUIDATION OF ENTRIES OF SUBJECT
MERCHANDISE COVERED BY PARAGRAPH 2 OCCURRED WITH THE PUBLICATION OF
THE FINAL RESULTS OF ADMINISTRATIVE REVIEW (76 FR 52937, 08/24/2011).  UNLESS
INSTRUCTED OTHERWISE, FOR ALL OTHER SHIPMENTS OF BALL BEARINGS AND PARTS
THEREOF FROM FRANCE YOU SHALL CONTINUE TO COLLECT CASH DEPOSITS OF
ESTIMATED ANTIDUMPING DUTIES AT THE CURRENT RATES.

4.  THE ASSESSMENT OF ANTIDUMPING DUTIES BY CBP ON SHIPMENTS OR ENTRIES OF
THIS MERCHANDISE IS SUBJECT TO THE PROVISIONS OF SECTION 778 OF THE TARIFF
ACT OF 1930, AS AMENDED.  SECTION 778 REQUIRES THAT CBP PAY INTEREST ON
OVERPAYMENTS OR ASSESS INTEREST ON UNDERPAYMENTS OF THE REQUIRED
AMOUNTS DEPOSITED AS ESTIMATED ANTIDUMPING DUTIES.  THE INTEREST
PROVISIONS ARE NOT APPLICABLE TO CASH OR BONDS POSTED AS ESTIMATED
ANTIDUMPING DUTIES BEFORE THE DATE OF PUBLICATION OF THE ANTIDUMPING DUTY

ORDER.  INTEREST SHALL BE CALCULATED FROM THE DATE PAYMENT OF ESTIMATED
ANTIDUMPING DUTIES IS REQUIRED THROUGH THE DATE OF LIQUIDATION.  THE RATE
AT WHICH SUCH INTEREST IS PAYABLE IS THE RATE IN EFFECT UNDER SECTION 6621
OF THE INTERNAL REVENUE CODE OF 1954 FOR SUCH PERIOD.

5.  UPON ASSESSMENT OF ANTIDUMPING DUTIES, CBP SHOULD REQUIRE THAT THE
IMPORTER PROVIDE A REIMBURSEMENT STATEMENT AS DESCRIBED IN 19 CFR
351.402(F)(2).  THE IMPORTER SHOULD PROVIDE THE REIMBURSEMENT STATEMENT
PRIOR TO LIQUIDATION OF THE ENTRY.  IF THE IMPORTER CERTIFIES THAT IT HAS AN
AGREEMENT WITH THE MANUFACTURER, PRODUCER, SELLER, OR EXPORTER TO BE
REIMBURSED ANTIDUMPING DUTIES, CBP SHOULD DOUBLE THE ANTIDUMPING DUTIES
IN ACCORDANCE WITH THE ABOVE-REFERENCED REGULATION.  ADDITIONALLY, IF THE
IMPORTER DOES NOT PROVIDE THE REIMBURSEMENT STATEMENT PRIOR TO
LIQUIDATION, CBP SHOULD PRESUME REIMBURSEMENT AND DOUBLE THE
ANTIDUMPING DUTIES DUE.

6.  WITH THE EXCEPTION OF ENTRIES CONTAINING MERCHANDISE WHICH IS SUBJECT
TO THE INJUNCTION DISCUSSED IN PARAGRAPH 1, THERE ARE NO INJUNCTIONS
APPLICABLE TO THE ENTRIES COVERED BY PARAGRAPH 2 OF THIS MESSAGE.

7.  IF THERE ARE ANY QUESTIONS REGARDING THIS MATTER BY CBP OFFICERS, THE
IMPORTING PUBLIC OR INTERESTED PARTIES, PLEASE CONTACT DAVINA HASHMI OR
RON TRENTHAM AT THE OFFICE OF AD/CVD OPERATIONS, IMPORT ADMINISTRATION,
INTERNATIONAL TRADE ADMINISTRATION, U.S. DEPARTMENT OF COMMERCE, AT (202)
482-0984 OR (202) 482-3577, RESPECTIVELY (GENERATED BY O1:YJC).

8.  THERE ARE NO RESTRICTIONS ON THE RELEASE OF THIS INFORMATION.

MICHAEL B. WALSH

Company Details

*Party Indicator Value:

I = Importer, M = Manufacturer, E = Exporter, S = Sold To Party

MESSAGE NO:            1287303        MESSAGE DATE:    10/14/2011

MESSAGE STATUS:    Active          CATEGORY:        Antidumping
TYPE:                       LIQ-Liquidation  PUBLIC    ☑        NON-PUBLIC    ☐
SUB-TYPE:                ADRV-Administrative Review

FR CITE:                   76 FR 52937   FR CITE DATE:    08/24/2011

REFERENCE            1257305
MESSAGE #
(s):

CASE #(s):              A-475-201

EFFECTIVE DATE:    08/24/2011    COURT CASE #:

PERIOD OF REVIEW:  05/01/2009    TO              04/30/2010

PERIOD COVERED:                  TO

TO:     { Directors Of Field Operations, Port Directors }

FROM: { Director AD/CVD & Revenue Policy & Programs }

RE:     Liquidation instructions for ball bearings and parts thereof from Italy produced by SKF
Industrie S.p.A. or Somecat S.p.A. for the period 05/01/2009 through 04/30/2010 (A-475-201-012,
-008)

1. UNTIL INSTRUCTED FURTHER, CONTINUE TO SUSPEND LIQUIDATION FOR ENTRIES
COVERED BY PARAGRAPHS 3 AND 4 OF INJUNCTION MESSAGE NUMBER 1257305 DATED
09/14/2011.

2. AS A RESULT OF COMMERCE'S CLARIFICATION OF ITS ASSESSMENT REGULATION
ON 05/06/2003 (68 FR 23954), FOR ALL SHIPMENTS OF BALL BEARINGS AND PARTS
THEREOF FROM ITALY PRODUCED BY SKF INDUSTRIE S.P.A. OR SOMECAT S.P.A.,
ENTERED, OR WITHDRAWN FROM WAREHOUSE, FOR CONSUMPTION DURING THE
PERIOD 05/01/2009 THROUGH 04/30/2010, ENTERED UNDER CASE NUMBER A-475-201-012
OR A-475-201-008, AND NOT COVERED BY PARAGRAPH 1, ASSESS ANTIDUMPING DUTIES
AT THE ALL-OTHERS RATE IN EFFECT ON THE DATE OF ENTRY.  THE ALL-OTHERS RATE
FOR BALL BEARINGS AND PARTS THEREOF FROM ITALY IS 69.98 PERCENT.

3. NOTICE OF THE LIFTING OF SUSPENSION OF LIQUIDATION OF ENTRIES OF SUBJECT
MERCHANDISE COVERED BY PARAGRAPH 2 OCCURRED WITH THE PUBLICATION OF
THE FINAL RESULTS OF ADMINISTRATIVE REVIEW (76 FR 52937, 08/24/2011).  UNLESS
INSTRUCTED OTHERWISE, FOR ALL OTHER SHIPMENTS OF BALL BEARINGS AND PARTS
THEREOF FROM ITALY YOU SHALL CONTINUE TO COLLECT CASH DEPOSITS OF
ESTIMATED ANTIDUMPING DUTIES AT THE CURRENT RATES.

4. THE ASSESSMENT OF ANTIDUMPING DUTIES BY CBP ON SHIPMENTS OR ENTRIES OF
THIS MERCHANDISE IS SUBJECT TO THE PROVISIONS OF SECTION 778 OF THE TARIFF
ACT OF 1930, AS AMENDED.  SECTION 778 REQUIRES THAT CBP PAY INTEREST ON
OVERPAYMENTS OR ASSESS INTEREST ON UNDERPAYMENTS OF THE REQUIRED
AMOUNTS DEPOSITED AS ESTIMATED ANTIDUMPING DUTIES.  THE INTEREST
PROVISIONS ARE NOT APPLICABLE TO CASH OR BONDS POSTED AS ESTIMATED
ANTIDUMPING DUTIES BEFORE THE DATE OF PUBLICATION OF THE ANTIDUMPING DUTY
ORDER.  INTEREST SHALL BE CALCULATED FROM THE DATE PAYMENT OF ESTIMATED

ANTIDUMPING DUTIES IS REQUIRED THROUGH THE DATE OF LIQUIDATION. THE RATE AT WHICH SUCH INTEREST IS PAYABLE IS THE RATE IN EFFECT UNDER SECTION 6621 OF THE INTERNAL REVENUE CODE OF 1954 FOR SUCH PERIOD.

5. UPON ASSESSMENT OF ANTIDUMPING DUTIES, CBP SHOULD REQUIRE THAT THE IMPORTER PROVIDE A REIMBURSEMENT STATEMENT AS DESCRIBED IN 19 CFR 351.402(F)(2). THE IMPORTER SHOULD PROVIDE THE REIMBURSEMENT STATEMENT PRIOR TO LIQUIDATION OF THE ENTRY. IF THE IMPORTER CERTIFIES THAT IT HAS AN AGREEMENT WITH THE MANUFACTURER, PRODUCER, SELLER, OR EXPORTER TO BE REIMBURSED ANTIDUMPING DUTIES, CBP SHOULD DOUBLE THE ANTIDUMPING DUTIES IN ACCORDANCE WITH THE ABOVE-REFERENCED REGULATION. ADDITIONALLY, IF THE IMPORTER DOES NOT PROVIDE THE REIMBURSEMENT STATEMENT PRIOR TO LIQUIDATION, CBP SHOULD PRESUME REIMBURSEMENT AND DOUBLE THE ANTIDUMPING DUTIES DUE.

6. WITH THE EXCEPTION OF ENTRIES CONTAINING MERCHANDISE WHICH IS SUBJECT TO THE INJUNCTION DISCUSSED IN PARAGRAPH 1, THERE ARE NO INJUNCTIONS APPLICABLE TO THE ENTRIES COVERED BY PARAGRAPH 2 OF THIS MESSAGE.

7. IF THERE ARE ANY QUESTIONS REGARDING THIS MATTER BY CBP OFFICERS, THE IMPORTING PUBLIC OR INTERESTED PARTIES, PLEASE CONTACT DAVINA HASHMI OR RON TRENTHAM AT THE OFFICE OF AD/CVD OPERATIONS, IMPORT ADMINISTRATION, INTERNATIONAL TRADE ADMINISTRATION, U.S. DEPARTMENT OF COMMERCE, AT (202) 482-0984 OR (202) 482-3577, RESPECTIVELY (GENERATED BY O1:BH).

8. THERE ARE NO RESTRICTIONS ON THE RELEASE OF THIS INFORMATION.

MICHAEL B. WALSH

*Party Indicator Value:

I = Importer, M = Manufacturer, E = Exporter, S = Sold To Party